| | |
|---|---|
| 1 | JULIANA DROUS |
|  | Attorney at Law SBN 92156 |
| 2 | 214 Duboce Avenue |
|  | San Francisco, California 94103 |
| 3 | Telephone: (415) 863-3580 |
|  | Fax: (415) 255-8631 |
| 4 | jdrous@msn.com |
| 5 | Attorney for Defendant |
|  | ELGIN SARIQUE |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | No. CR 05-00283 JSW |
| Plaintiff, | | **STIPULATION AND ORDER RE:** |
| vs. | | **RETURN OF PASSPORT** |
| RONDALE ASOPARDO, et.al. | | |
| Defendants. | | |

IT IS HEREBY STIPULATED by the parties in the above-entitled action that Defendant ELGIN SARIQUE's passport be returned to him. Mr. Sarique plans to travel to Canada with his immediate family to visit with his sister.

Dated: June 22, 2005

/s/
JULIANA DROUS
Attorney for Defendant
ELGIN SARIQUE

Dated: June 23, 2005

/s/
JEFFREY FINIGIAN
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: July 1, 2005

/s/ Jeffrey S. White
HONORABLE JEFFREY S. WHITE
Judge, U.S. District Court