

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**  )
)
vs.  )  **Docket Number: CR 05-0283-14 JSW**
)
**ELGIN BLANCAFLOR SARIQUE**  )
)

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ___March 16, 2006,___ be continued until ___June 22, 2006,___ at ___2:30 p.m.___

Date: _____

MAR 0 8 2006

The Honorable Jeffrey S. White
United States District Judge

NDC-PSR-009 12/06/04