JULIANA DROUS
Attorney at Law, SBN 92156
214 Duboce Avenue
San Francisco, CA 94103
Telephone: (415) 863-3580
Facsimile: (415) 255-8631
jdrous@msn.com

Attorney for Defendant
ELGIN BLANCAFLOR SARIQUE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-0283-14 JSW |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | [PROPOSED] ORDER RE: |
| v. ) | MODIFICATION OF |
| ) | CONDITIONS OF |
| ) | PROBATION |
| ELGIN BLANCAFLOR SARIQUE, ) | |
| ) | |
| Defendant. ) | |

After sentencing on June 22, 2006, Probation Officer Lynn Richards met with defendant Elgin Blancaflor Sarique in her office. While she was explaining the condition of probation prohibiting contact with the co-defendants, Mr. Sarique informed Ms. Richards that he sees co-defendant Agosto Ayson Biagon, at family events, as he is related to Mr. Biagon, and that he attends the same church as does Mr. Biagon. Mr. Sarique would like to continue to go this church and to attend family functions. Ms. Richards has no objection to modifying the conditions of probation to permit Mr. Sarique to have contact with Mr. Biagon at church and family functions.

For the reasons stated above, IT IS HEREBY STIPULATED that the condition of probation prohibiting contact with any of the co-defendants named in this case be modified to

MODIFICATION OF PROBATION CONDITIONS

permit contact between defendant Elgin Blancaflor Sarique and Agosto Ayson Biagon at church and at family functions.

Dated: June 23, 2006

/s/
JULIANA DROUS
Attorney for Defendant
ELGIN BLANCAFLOR SARIQUE

Dated: June 24, 2006

/s/
JEFFREY R. FINIGAN
Assistant U.S. Attorney

For good cause shown herein, IT IS SO ORDERED.

Dated: June 29, 2006

HONORABLE JEFFREY S. WHITE
U.S. District Court Judge

MODIFICATION OF PROBATION CONDITIONS 2